IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09-cv-02921-REB-KMT

MARY J. CLARK, D.O,

    Plaintiff,

v.

ERIC K. SHINSECKI, SECRETARY OF VETERANS AFFAIRS, DEPARTMENT OF VETERANS AFFAIRS, WASHINGTON, D.C. 20420;
WILLIAM BERRYMAN, M.D., individually and in his official capacity as Chief of Staff;
SUSANNE FELLER, M.D., individually and in her official capacity as Chief of Services,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the plaintiff's **Notice of Dismissal** [#29] filed June 2, 2010. After careful review of the notice and the file, I conclude that the notice should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the plaintiff's **Notice of Dismissal** [#29] filed June 2, 2010, is **APPROVED**;

2. That the Trial Preparation Conference set for November 19, 2010, is **VACATED**;

3. That the jury trial set to commence December 13, 2010, is **VACATED**;

4. That any pending motion is **DENIED** as moot; and

5. That this action is **DISMISSED WITH PREJUDICE**.

Dated June 2, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge